# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 5, 2025

**VIA ECF**

Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:    **United States v. Rahiem Fennell**
       **24 Cr. 453 (JGLC)**

Dear Judge Clarke:

I write, with the consent of Pretrial Services, to respectfully request that the Court modify the conditions of Mr. Fennell's bail to remove the condition of a curfew with location monitoring. The Government opposes this request.

On July 3, 2024, Magistrate Judge Parker imposed bail conditions, including the following: a $100,000 personal recognizance bond to be cosigned by two financially responsible persons; travel restricted to the Southern and Eastern Districts of New York; strict Pretrial supervision; home detention with location monitoring technology as directed by Pretrial Services; that Mr. Fennell continue or seek employment; that Mr. Fennell reside with his grandmother; and the surrender of travel documents with no new applications. On August 2, 2024, Mr. Fennell was released under the aforementioned conditions. On October 24, 2024, the Court granted Mr. Fennell's request to modify his bail conditions to replace home detention with a curfew with hours and technology to be determined by Pretrial Service.

On August 11, 2025, Mr. Fennell appeared before the Court for sentencing, seeking a sentence of five years' probation. The Court adjourned the matter for six months to February 10, 2026.

As described in the defense sentencing submission, Mr. Fennell has made impressive strides and demonstrated real growth since his arrest and release on bail. Of his own accord, he participated in and completed the Anti-Violence Program offered by The Fortune Society. He

was referred to Focus Forward by Pretrial Services and completed the 13-week program, graduating on July 24, 2025.  Mr. Fennell has obtained employment and is working two jobs.  In addition, Mr. Fennell continues to provide daily care and support for his ailing grandmother and mother.

Mr. Fennell has been under the supervision of Pretrial Services for 14 months.  He has worn an ankle monitor the entire time, first on home detention for three months and thereafter subject to a curfew for nearly a year.  There is no longer a need to restrict his liberty in this way.  His compliance with the conditions of his release has been flawless and continues to this day.  He has clearly proven that he is not a risk of flight or a danger to the community.  Mr. Fennell has more incentive now than ever to demonstrate to the Court that he is genuinely committed to living a law-abiding and productive life.

Therefore, I respectfully request that the Court modify Mr. Fennell's bail conditions to remove the condition of location monitoring.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell:    (917) 612-3274

cc:    AUSA Dana McCann
       PTSO Evelyn Alvayero

Application DENIED. Mr. Fennell's bail conditions shall remain as is. The Clerk of Court is respectfully is directed to terminate the letter motion at ECF No. 25.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: October 9, 2025
       New York, New York