UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -against-<br><br>RAHIEM FENNELL<br><br>        Defendant. | 24-CR-453 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The sentencing in this matter as to Defendant Rahiem Fennell, scheduled for

February 10, 2026 at 12:00 p.m., is moved to Courtroom 23B at 500 Pearl Street, New

York, New York, 10007.

Dated: February 5, 2026
      New York, New York

                                    SO ORDERED.

                                      JESSICA G. L. CLARKE
                                      United States District Judge